IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 20-cv-2378<br><br>Judge John J. Tharp, Jr. |
| Plaintiffs, | ) | |
| v. | ) | |
| ALLY CONSTRUCTION, INC., an Illinois Corporation; and HUGO VALDIVIA, Individually. | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgement, due notice being given, and the Court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED;

2. Defendant Ally Construction, Inc. ("Ally") is in default; and

3. Judgment is entered in favor of Plaintiffs and against Ally only in the amount of $51,048.87 for the audit period of November 7, 2018 through May 31, 2020.

Date: February 5, 2021

John J. Tharp, Jr.
United States District Judge